**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 248 MAL 2022

           Respondent                :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

              v.                     :

                                     :

JOHN HENRY SNYDER, JR.,          :

                                     :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.